| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: <br> **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter __7__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   Rooftop Group USA, Inc.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   3 0 – 0 4 6 8 8 1 0

4. **Debtor's address**

   **Principal place of business**  
   15760 W. Hardy Rd.  
   Number     Street  
   Suite 400  
   
   Houston     TX     77060  
   City        State  ZIP Code  
   
   Harris  
   County

   **Mailing address, if different from principal place of business**  
   5218 Spruce St.  
   Number     Street  
   _____  
   P.O. Box  
   
   Bellaire    TX     77401  
   City        State  ZIP Code  

   **Location of principal assets, if different from principal place of business**  
   _____  
   Number     Street  
   _____  
   City        State  ZIP Code

5. **Debtor's website (URL)** _____

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Rooftop Group USA, Inc.**  Case number (if known) _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   ____  ____  ____  ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☑ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes. District _____ When _____ Case number _____
          MM / DD / YYYY
     District _____ When _____ Case number _____
          MM / DD / YYYY
     District _____ When _____ Case number _____
          MM / DD / YYYY

Debtor **Rooftop Group USA, Inc.**                                  Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor **Darren Scott Matloff**           Relationship **Affiliate**
         District **N.D. Texas**                   When **06/19/2019**
         Case number, if known **19-32039**              MM / DD / YYYY

         Debtor **Rooftop Group International Pte. Ltd.**   Relationship **Affiliate**
         District **N. D. Texas**                 When **04/30/2019**
         Case number, if known **19-43402**              MM / DD / YYYY

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                           Number   Street
                           _____
                           _____
                           City                State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Rooftop Group USA, Inc.**     Case number (if known) _____

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☒ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☒ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/25/2019**
           MM / DD / YYYY

**X** **/s/ DARREN MATLOFF**      **DARREN MATLOFF**
Signature of authorized representative of debtor     Printed name

Title **PRESIDENT**

**18. Signature of attorney**

**X** **/s/ Howard Marc Spector**     Date **08/25/2019**
Signature of attorney for debtor                  MM / DD / YYYY

**Howard Marc Spector**
Printed name

**Spector & Johnson, PLLC**
Firm name

**12770 Coit Road**
Number    Street

**Suite 1100**

**Dallas**             **TX**       **75251**
City                State      ZIP Code

**(214) 365-5377**       **hms7@cornell.edu**
Contact phone          Email address

**00785023**            **TX**
Bar number              State

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Rooftop Group USA, Inc.**                              CASE NO

                                                                 CHAPTER     **7**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/25/2019                                    Signature  /s/ DARREN MATLOFF
                                                              *DARREN MATLOFF*
                                                              *PRESIDENT*

Date _____                   Signature _____

```
ADP, LLC
PO Box 12513
1851 N Resler Drive
El Paso, TX 79912


Allpak Container, LLC
1100 SW 27th Street
Renton, WA 98057



Anicole, Inc.
c/o Anita York
8 McGillivray Ave.
North York, ON M5M 2Y1



Apple Distribution International
Hollyhill Industrial Estate,
Hollyhill,  Ireland



Asian Express Holdings Ltd
Room 1702, Sino Centre
582-592 Nathan Road
Mongkok, Kowloon Hong Kong


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197



Bay Cities Container Corp
5138 Industry Ave
Pico Rivera, CA 90660



Bazaar Voice
10901 South Stonelake Blvd
Austin, TX 78759



Bed Bath & Beyond
650 Liberty Avenue
Union, NJ 07083
```

BTX Global Logistics
12 Commerce St
Shelton, CT 06484


Canada Revenue Agency
PO Box 3800 STN A
Sudbury, ON P3A 0C3


Carey D. Schreiber
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193


CNA Insurance
1000 Wilshire Blvd, #1800
Los Angeles, CA 90017


Commerce Hub
201 Fuller Rd
Albany, NY 12203


Dealer Protection Ins Srv / Arroyo Ins
8659 Research Dr
Irvine, CA 92618


Duane Morris LLP
1540 Broadway
New York, NY 10036


Echo Global Logistics
600 West Chicago Ave
Suite 725
Chicago, IL 60654


Edward L Schafman, LLC
5218 Spruce St
Bellaire, TX 77401

```
Evergreen Shipping
Tollway Plaza 1
16000 North Dallas Parkway
Dallas, TX 75248


FedEx
PO Box 660481
Dallas, TX 75266



First Insurance Funding
450 Skokie Blvd
Suite 1000
Northbrook, IL 60062


GTT Communications
7900 Tyson One Place, Suite 1450
McLean, VA 22102



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346



InterTrade Systems Inc
PO Box 55811
Boston, MA 02205



Karr Tuttle Campbell
701 Fifth Avenue
Suite 3300
Seattle, WA 98104


Knobbe Martens
2040 Main Street
14th Floor
Irvine, CA 92614


Law Office of Steven Riker
One Grand Central Place
46th Floor
New York, NY 10165
```

```
Nielsen
85 Broad St
New York, NY 10004




North American Freight
556 Byrne Dr #20
Barrie, ON L4N 9P6




Office Depot / Office Max
6600 N Military Trail
Boca Raton, FL 33496




Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1699




Q4 Brands LLC
c/o Adam Mcenaney
7425 Evening Sky Circle
Austin, TX 78735




Republic Services
PO Box 820
Del Valle, TX 78617




Rhodium Productions LLC
9102 Cascada Way
Suite 101
Naples, FL 34114




Shop LLC dba Shop Studios
528 W 39th St
New York, NY 10018




SPS Commerce, Inc
PO Box 205782
Dallas, TX 75320
```

```
Staff Force
4631 Airport Blvd., Suite 131
San Antonio, TX 78216




Staples
500 Staples Drive
Framingham, MA 01702




T.O. Epps & Associates, Inc.
1075 Andrew Drive I
West Chester, PA 19380




Techlink International, LLC
PO Box 290444
Davie, FL 33329




Telepacific Communications
515 Flower St
45th floor
Los Angeles, CA 90071




The Garrahan Group
114 Sheldon St
El Segundo, CA 90245




Time World Express Inc
2210 - 5200 Miller Road
Richmond, BC V7B 1L1




Total Express
3220 Caravelle Dr
Mississauga, ON L4V 1K9




Tricon Logistics
PO Box 612369
DFW Airport, TX 75261
```

```
TriCon Logistics, LLC
c/o Chris Condon
4450 W.  Walnut Hill Lane
Suite 100
Irving, Texas 75038

Uline
PO Box 88741
Chicago, IL 60680



UPS
55 Glenlake Parkway
Atlanta, GA 30328
```