**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Rooftop Group USA, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-32804** |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    **Current value of debtor's interest**

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| 3.1. **Checking account 2495** | **Checking account** | 2 4 9 5 | $147,245.82 |
| 3.2. **Checking account 4996** | **Checking account** | 4 9 9 6 | $111.19 |

4.  **Other cash equivalents** *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $147,357.01 |
    |---|

## Part 2: Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor   **Rooftop Group USA, Inc.**_____   Case number (if known)___**19-32804**___
  Name

**Current value of
debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.

   **$0.00**

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes. Fill in the information below.

   **Current value of
   debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:   **$331,574.02**  –  **$0.00**  = ............ ➜   **$331,574.02**
     _____face amount___     ___doubtful or uncollectible accounts___

11b. Over 90 days old:   **$53,852.05**  –  **$0.00**  = ............ ➜   **$53,852.05**
     _____face amount___     ___doubtful or uncollectible accounts___

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    **$385,426.07**

## Part 4:   Investments

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

   **Valuation method
   used for current value**     **Current value of
   debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated
   businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and
   non-negotiable instruments not included in Part 1**

   Describe:

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

    **$0.00**

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ☑ Yes. Fill in the information below.

| Debtor | Rooftop Group USA, Inc. | | Case number (if known) | 19-32804 |
| | Name | | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| Inventory - see attached | | | liquidation | $355,757.00 |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$355,757.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Vancouver Inventory

| Item | Name | Case Qty | Case pack | Total Units | Avg Wholesale | Avg Liquidation Value .10-.15 | Est. Closeout Value |
|------|------|----------|-----------|-------------|---------------|-------------------------------|---------------------|
| VL-3540 | X03 Palm Sized High Performance Drone VL-3540 4pcs (2pcs for each color) | 1135 | 4 | 4,540 | $22.50 | $2.93 | $13,279.50 |
| VL-3610 | Tunnel drone | 3312 | 6 | 19,872 | $18.50 | $2.41 | $47,792.16 |
| VL-3630 | Move Motion Drone | 2205 | 2 | 4,410 | $18.50 | $2.41 | $10,606.05 |
| VL-3520 | Micro Video Drone | 13 | 6 | 78 | $14.50 | $1.89 | $147.03 |
| VL-3500 | Velocity HD Video Drone + FPV Assorted VL-3500 | 1777 | 2 | 3,554 | $45.00 | $5.85 | $20,790.90 |
| VL-3580 | Sky Rider 2.4GHz Quadcopter with HD Camera | 1514 | 2 | 3,028 | $34.50 | $4.49 | $13,580.58 |
| VL-3571 | GALACTIC X VL-3571 | 410 | 4 | 1,640 | $34.50 | $4.49 | $7,355.40 |
| VL-3572 | GALACTIC X VL-3572 | 844 | 4 | 3,376 | $34.50 | $4.49 | $15,141.36 |
| VL-3579 | Galactic X 1/2 Pallet VL-3579 | 4 | 24 | 96 | $34.50 | $4.49 | $430.56 |
| VL-3590 | Tilt HD+Wifi Video Drone X15 VL-3590 | 5 | 12 | 60 | $52.50 | $6.83 | $409.50 |
| VL-3510 | ATOM Micro Drone VL-3510 8pcs (2pcs for each color) | 2 | 8 | 16 | $14.50 | $1.89 | $30.16 |
| VL-3517 | Micro drone | 7031 | 4 | 28,124 | $18.50 | $2.41 | $67,638.22 |
| | | | | 68,794 | | Est val | **$197,201.42** |

Tricon Inventory

| Warehouse | Product | Description | Available Pick Qty | Client Qty | Client UQ | Total Qty | UQ | Average Wholsale Per Unit | Estimated Liquidation Value = .10-.15 cents | Total Value |
|---|---|---|---|---|---|---|---|---|---|---|
| TRICON SEATTLE | PL-1710-B | 2.4 GHZ QUADCOPTER BLACK | 90.00 | 90.00 | EA | 90.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL-1710-R | 2.4 GHZ QUADCOPTER RED | 158.00 | 158.00 | EA | 158.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL-1640-BT | ACTIVE HD WIFI INDIVIDUAL PACK B/ | 7.00 | 7.00 | EA | 7.00 | EA | 0.00 | | $0.00 |
| TRICON SEATTLE | PL1170-CH | AIR COMBAT CHARGER | 40.00 | 40.00 | EA | 40.00 | EA | 0.00 | | $0.00 |
| TRICON SEATTLE | PL-1170-BP | AIR COMBAT HELICOPTER BASIC PACI | 78.00 | 78.00 | EA | 78.00 | EA | 0.00 | | $0.00 |
| TRICON SEATTLE | PL-1170-FP | AIR COMBAT HELICOPTER FULL PACK | 28.00 | 28.00 | EA | 28.00 | EA | 0.00 | | $0.00 |
| TRICON SEATTLE | VL-3519 | ATOM (X01) MICRO DRONE 24PCS PD( | 0.00 | 2.00 | EA | 2.00 | EA | $14.50 | | $29.00 |
| TRICON SEATTLE | PL-1390-BP | ATOM 1.0 BASIC PACK | 2,987.00 | 2,990.00 | EA | 2,990.00 | EA | 0.00 | | $0.00 |
| TRICON SEATTLE | PL-1390-FP | ATOM 1.0 FULL PACK | 2,981.00 | 2,982.00 | EA | 2,982.00 | EA | 0.00 | | $0.00 |
| TRICON SEATTLE | PL-1390 | ATOM 1.0 MICRO DRONE | 0.00 | 2.00 | EA | 2.00 | EA | $14.50 | | $29.00 |
| TRICON SEATTLE | PL-1390-RM | ATOM 1.0 MICRO DRONE CONTROLLE | 2,052.00 | 2,052.00 | EA | 2,052.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL-1391 | ATOM MICRO DRONE - RED | 0.00 | 1.00 | EA | 1.00 | EA | $14.50 | | $14.50 |
| TRICON DALLAS W | WB-4001 | BATMAN | 1.00 | 1.00 | EA | 1.00 | EA | $17.50 | | $17.50 |
| TRICON SEATTLE | WB-4001-RM | BATMAN CONTROLLER | 200.00 | 200.00 | EA | 200.00 | EA | $0.00 | | $0.00 |
| TRICON DALLAS W | WB-4010 | BATMAN MICRO DRONE | 2.00 | 2.00 | EA | 2.00 | EA | $17.50 | | $35.00 |
| TRICON SEATTLE | WB-4015-BP | BATWING HD BASIC PACK | 2.00 | 4.00 | EA | 4.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | WB-4015-BT | BATWING HD BATTERY | 39.00 | 39.00 | EA | 39.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | WB4010-BP-BW | BATWING MICRO BASIC PACK | 263.00 | 263.00 | EA | 263.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | WB4010-BT-BW | BATWING MICRO BATTERY | 73.00 | 73.00 | EA | 73.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | WB4010-FP-BW | BATWING MICRO FULL PACK | 108.00 | 108.00 | EA | 108.00 | EA | $0.00 | | $0.00 |
| TRICON DALLAS W | QVC PO CARTON | BLUS/GREY | 192.00 | 192.00 | CAS | 192.00 | CAS | $0.00 | | $0.00 |
| TRICON SEATTLE | PL-1530-CM | CAMERA HD ONLY | 28.00 | 28.00 | EA | 28.00 | EA | $0.00 | | $0.00 |
| TRICON DALLAS W | CD-0585-25 | CANIDATE PENS 16CT (112MC/PLT) | 111.00 | 111.00 | CAS | 111 | CAS | $2.81 | | $311.91 |
| TRICON DALLAS W | CD-0585-24 | CANIDATE PENS 16CT (120MC/PLT) | 120.00 | 120.00 | CAS | 120 | CAS | $0.25 | | $30.00 |
| TRICON DALLAS W | CD-0585-23 | CANIDATE PENS 16CT (128MC/PLT) | 640.00 | 640.00 | CAS | 640 | CAS | $0.25 | | $160.00 |
| TRICON DALLAS W | CD-0585-01 | CANIDATE PENS 16CT (140MC/PLT | 140.00 | 140.00 | CAS | 140 | CAS | $0.25 | | $35.00 |
| TRICON DALLAS W | CD-0586-22 | CANIDATE PENS 16CT (160MC/PLT) | 639.00 | 639.00 | CAS | 639 | CAS | $0.25 | | $159.75 |
| TRICON DALLAS W | CD-0586-21 | CANIDATE PENS 16CT (175MC/PLT) | 350.00 | 350.00 | CAS | 350 | CAS | $0.25 | | $87.50 |
| TRICON DALLAS W | CD-0585-26 | CANIDATE PENS 16CT (96MC/PLT) | 192.00 | 192.00 | CAS | 192 | CAS | $2.81 | | $539.52 |
| TRICON DALLAS W | CD-0586-20 | CANIDATE PENS 24CT (24MC/PLT) | 24.00 | 24.00 | CAS | 24 | CAS | $0.00 | | $0.00 |
| TRICON DALLAS W | CD-0585-11 | CANIDATE PENS 24CT (47MC / PLT) | 191.00 | 191.00 | CAS | 191 | CAS | $0.25 | | $47.75 |
| TRICON DALLAS W | CD-0586-13 | CANIDATE PENS 24CT (48MC / PLT) | 47.00 | 47.00 | CAS | 47 | CAS | $14.00 | | $658.00 |
| TRICON DALLAS W | CD-0585-18 | CANIDATE PENS 24CT (49MC/PLT) | 49.00 | 49.00 | CAS | 49 | CAS | $0.25 | | $12.25 |
| TRICON DALLAS W | CD-0585-15 | CANIDATE PENS 24CT (53MC/PLT) | 53.00 | 53.00 | CAS | 53 | CAS | $0.00 | | $0.00 |
| TRICON DALLAS W | CD-0585-16 | CANIDATE PENS 24CT (56MC/PLT) | 670.00 | 670.00 | CAS | 670 | CAS | $2.19 | | $1,467.30 |
| TRICON DALLAS W | CD-0586-00 | CANIDATE PENS 24CT (64MC/PLT) | 64.00 | 64.00 | CAS | 64 | CAS | $0.25 | | $16.00 |
| TRICON DALLAS W | CD-0585-19 | CANIDATE PENS 32CT (60MC / PLT) | 120.00 | 120.00 | CAS | 120 | CAS | $0.25 | | $30.00 |
| TRICON DALLAS W | CD-0585-27 | CANIDATE PENS 32CT (62MC/PLT | 61.00 | 61.00 | CAS | 61 | CAS | $0.25 | | $15.25 |
| TRICON DALLAS W | CD-0585-7 | CANIDATE PENS 32CT (72MC/PLT) | 144.00 | 144.00 | CAS | 144 | CAS | $0.25 | | $36.00 |
| TRICON DALLAS W | CD-0585-8 | CANIDATE PENS 32CT (78MC/PLT) | 78.00 | 78.00 | CAS | 78 | CAS | $0.00 | | $0.00 |
| TRICON DALLAS W | CD-0585-9 | CANIDATE PENS 32CT (90MC/PLT) | 270.00 | 270.00 | CAS | 270 | CAS | $0.25 | | $67.50 |
| TRICON DALLAS W | CD-0585-4 | CANIDATE PENS 32CT(105MC/PLT) | 735.00 | 735.00 | CAS | 735 | CAS | $6.56 | | $4,821.60 |
| TRICON DALLAS W | CD-0585-6 | CANIDATE PENS 32CT(56MC/PLT) | 616.00 | 616.00 | CAS | 616 | CAS | $0.25 | | $154.00 |
| TRICON DALLAS W | CD-0585-3 | CANIDATE PENS 32CT(64MC/PLT) | 464.00 | 464.00 | CAS | 464 | CAS | $0.25 | | $116.00 |
| TRICON DALLAS W | CD-0585-5 | CANIDATE PENS 32CT(75MC/PLT) | 75.00 | 75.00 | CAS | 75 | CAS | $0.25 | | $18.75 |
| TRICON DALLAS W | CD-0585 | CANIDATE PENS 32CT(80MC/PLT) | 4,541.00 | 4,541.00 | CAS | 4,541 | CAS | $0.00 | | $0.00 |
| TRICON DALLAS W | CD-0585-2 | CANIDATE PENS 32CT(84MC/PLT) | 1,092.00 | 1,092.00 | CAS | 1,092 | CAS | $0.00 | | $0.00 |
| TRICON DALLAS W | CD-0585-1 | CANIDATE PENS 32CT(96MC/PLT) | 2,304.00 | 2,304.00 | CAS | 2,304 | CAS | $4.31 | | $9,930.24 |
| TRICON SEATTLE | PL-1110-BP | CHROME FLYER BASIC PACK BLADES S | 99.00 | 99.00 | EA | 99.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL-1110-FP | CHROME FLYER FULL PACK BLADE SET | 37.00 | 37.00 | EA | 37.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL-1110 | CHROME FLYER WHOLE SET TITANIUI | 625.00 | 625.00 | EA | 625.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL1720-BP2-CR20 | CLOUD RIDER 2.0 (720P) FPV BASIC P | 713.00 | 716.00 | EA | 716.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL1720-BD-B-CR20 | CLOUD RIDER 2.0 FPV BODY BLACK | 78.00 | 79.00 | EA | 79.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL1720-RM-CR20 | CLOUD RIDER 2.0 FPV CONTROLLER | 146.00 | 146.00 | EA | 146.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL1720-MT-A-CR2( | CLOUD RIDER 2.0 FPV MOTOR (A) | 2.00 | 2.00 | EA | 2.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL1720-MT-B-CR2( | CLOUD RIDER 2.0 FPV MOTOR (B) | 24.00 | 25.00 | EA | 25.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL1720-FP2 | CLOUD RIDER 2.0 FPV FULL PACK | 396.00 | 396.00 | EA | 396.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL1720-CM-HD | CLOUD RIDER CAMERA HD ONLY | 144.00 | 144.00 | EA | 144.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL1430-CH | CLOUD RIDER CHARGING BOX | 3.00 | 3.00 | EA | 3.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL1430-MB-R | CLOUD RIDER HELICOPTER ONLY RED | 35.00 | 35.00 | EA | 35.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL-1445 | CLOUD RIDER PURPLE | 31.00 | 31.00 | EA | 31.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL1430-CG | CLOUD RIDER SAFETY CAGE | 20.00 | 20.00 | EA | 20.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL1430-MB-T | CLOUD RIDER TITANIUM | 34.00 | 34.00 | EA | 34.00 | EA | $0.00 | | $0.00 |
| TRICON DALLAS W | CST TANK | CST TANK (28MC/PLT) | 168.00 | 168.00 | CAS | 168.00 | CAS | $0.00 | | $0.00 |
| TRICON SEATTLE | CT-1973-BT | CT-1973-BT | 170.00 | 170.00 | EA | 170.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | VL3570-BP-GX-B | GALACTIC X BASIC PACK BLUE | 72.00 | 72.00 | EA | 72.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | VL3570-BP-GX-O | GALACTIC X BASIC PACK ORANGE | 45.00 | 45.00 | EA | 45.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | VL-3570-BT | GALACTIC X BATTERIES ONLY | 0.00 | 2.00 | EA | 2.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | VL3570-FP-GX-B | GALACTIC X FULL PACK BLUE | 97.00 | 97.00 | EA | 97.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | VL3570-FP-GX-O | GALACTIC X FULL PACK ORANGE | 114.00 | 114.00 | EA | 114.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | VL-3570 | GALACTIC X WHOLE SET ORANGE | 29.00 | 29.00 | EA | 29.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL-1280-CT | HD VIDEO CALIBRATION TABLE | 18.00 | 18.00 | EA | 18.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL-1510-RM | HD VIDEO DRONE + FPV INDIVIDUAL | 179.00 | 179.00 | EA | 179.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL-1280-BT | HD VIDEO DRONE + FPV INDIVIDUAL | 472.00 | 480.00 | EA | 480.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL-1280-RM | HD VIDEO DRONE CONTROLLER | 5.00 | 5.00 | EA | 5.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL1510-BP | HD VIDEO DRONE FPV BASIC PACK | 978.00 | 978.00 | EA | 978.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL1510-BD-R | HD VIDEO DRONE FPV BODY RED | 129.00 | 129.00 | EA | 129.00 | EA | $0.00 | | $0.00 |
| TRICON SEATTLE | PL1510-BD-T | HD VIDEO DRONE FPV BODY TITANIU | 136.00 | 139.00 | EA | 139.00 | EA | $0.00 | | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRICON SEATTLE | PL1510-FP | HD VIDEO DRONE FPV FULL PACK TIT | 414.00 | 414.00 EA | 414.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1280-LG-HVD | HD VIDEO DRONE LANDING GEAR | 129.00 | 129.00 EA | 129.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1280-MT-A-HVD | HD VIDEO DRONE MOTOR + FPV INDI | 414.00 | 414.00 EA | 414.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1280-MT-B-HVD | HD VIDEO DRONE MOTOR + FPV INDI | 422.00 | 422.00 EA | 422.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1510-BD-R | HD VIDEO DRONE+ FPV INDIVIDUAL P/ | 6.00 | 6.00 EA | 6.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1510-CM | HD VIDEO DRONE+ FPV INDIVIDUAL P/ | 258.00 | 258.00 EA | 258.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | WB4001-BP-HHB | HOVER HERO BATMAN BASIC PACK | 48.00 | 48.00 EA | 48.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | WB4001-BL-HHB | HOVER HERO BATMAN BLADES | 113.00 | 113.00 EA | 113.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | WB4001-CH-HHB | HOVER HERO BATMAN CHARGER | 198.00 | 198.00 EA | 198.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | WB4002-BP-HHS | HOVER HERO SUPERMAN BASIC PACK | 149.00 | 149.00 EA | 149.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | WB4002-CH-HHS | HOVER HERO SUPERMAN CHARGER | 119.00 | 119.00 EA | 119.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | WB4002-FP-HHS | HOVER HERO SUPERMAN FULL PACK | 77.00 | 77.00 EA | 77.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | WB-4001-BF | HOVER HEROES BATMAN FULL PACK | 8.00 | 8.00 EA | 8.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-4210 | HOVER STAR WHOLE SET SILVER | 139.00 | 139.00 EA | 139.00 EA | $0.00 | $0.00 |
| TRICON DALLAS W9 RETURNS | | HSN RETURNS (NOT PROCESSED) | 107.00 | 107.00 UNT | 107.00 UNT | $0.00 | $0.00 |
| TRICON SEATTLE | HS-2400 | LASER FORCE - RC ASSAULT TANK | 41.00 | 41.00 EA | 41.00 EA | $14.99 | $614.59 |
| TRICON SEATTLE | HS-1952 | LASER FORCE RC - ASSAULT TANKS C/ | 45.00 | 45.00 EA | 45.00 EA | $14.99 | $674.55 |
| TRICON SEATTLE | PL-1340-CH | MAGIC UFO | 892.00 | 892.00 EA | 892.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1340-BP | MAGIC UFO BASIC PACK BLADES SET ( | 418.00 | 418.00 EA | 418.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1340-BL | MAGIC UFO BLADE SET | 2,396.00 | 2,396.00 EA | 2,396.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1340-RM | MAGIC UFO CONTROLLER | 2,400.00 | 2,400.00 EA | 2,400.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1340-MR | MAGIC UFO MAIN ROTOR SHAFT | 1,199.00 | 1,199.00 EA | 1,199.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1340-FP | MAGIC UFO PACK BLADES SET/ USB C | 132.00 | 132.00 EA | 132.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1340-MB | MAGIC UFO RED | 352.00 | 352.00 EA | 352.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | VL-3560 | MAXIMUM BATTLE DRONE 2 PACK ASS | 0.00 | 1.00 EA | 1.00 EA | $50.00 | $50.00 |
| TRICON SEATTLE | VL-3630 | MAXIMUM MOVE DRONE RED/BLACK | 20,943.00 | 20,945.00 EA | 20,945.00 EA | $18.50 | $387,482.50 |
| TRICON SEATTLE | VL-3518 | MAXIMUM X01 MICRO DRONE IN SIDE | 0.00 | 1.00 EA | 1.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | VL-3540 | MAXIMUM X03 STUNT DRONE | 15,055.00 | 15,055.00 EA | 15,055.00 EA | $22.50 | $338,737.50 |
| TRICON SEATTLE | PL-1390-MB-R | MICRO DRONE HELICOPTER ONLY REI | 1,663.00 | 1,663.00 EA | 1,663.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1390-MB-T | MICRO DRONE HELICOPTER ONLY TIT | 1,587.00 | 1,587.00 EA | 1,587.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1770 | MOVE (1318531) | 2.00 | 2.00 EA | 2.00 EA | $18.50 | $37.00 |
| TRICON SEATTLE | PL-1770-BP | MOVE BASIC PACK BLADES SET ONLY | 248.00 | 248.00 EA | 248.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1771 | MOVE DRONE - GREEN | 292.00 | 292.00 EA | 292.00 EA | $18.50 | $5,402.00 |
| TRICON SEATTLE | PL-1772 | MOVE DRONE - RED | 301.00 | 301.00 EA | 301.00 EA | $18.50 | $5,568.50 |
| TRICON SEATTLE | PL-1770-FP | MOVE FULL PACK - BLADES SET, USB ( | 678.00 | 678.00 EA | 678.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | NV-3820 | NAVIGATOR PACE MICRO DRONE | 7,409.00 | 7,409.00 EA | 7,409.00 EA | $14.50 | $107,430.50 |
| TRICON SEATTLE | PL-1320-BP | NEUTRON BASIC PACK BLADE SET SAI | 15.00 | 15.00 EA | 15.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1320-BT-NHD | NEUTRON BATTERY | 617.00 | 617.00 EA | 617.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | OD-2111 | NEUTRON BLUE | 91.00 | 92.00 EA | 92.00 EA | $34.50 | $3,174.00 |
| TRICON SEATTLE | PL-1320-FP | NEUTRON FULL PACK | 129.00 | 129.00 EA | 129.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1320-B | NEUTRON WHOLE SET BLACK | 437.00 | 437.00 EA | 437.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1320-R | NEUTRON WHOLE SET RED | 56.00 | 56.00 EA | 56.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | NY SHOWROOM S/ | NY SHOWROOM SAMPLES | 87.00 | 87.00 EA | 87.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1630-RM-OHD | OCULA CONTROLLER | 27.00 | 27.00 EA | 27.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1630-BD-R-OHD | OCULA DRONE BODY RED | 21.00 | 21.00 EA | 21.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1630-WIFIFP-R | OCULA HD WIFI FULL PACK RED | 10.00 | 10.00 EA | 10.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1630-WIFIFP-T | OCULA HD WIFI FULL PACK TITANIUM | 25.00 | 25.00 EA | 25.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SC-2051 | ONE CLICK | 396.00 | 396.00 EA | 396.00 EA | $34.50 | $13,662.00 |
| TRICON SEATTLE | UMXL635414 | PALLET FROM TRUCKLOADS | 12.00 | 12.00 PLT | 12.00 PLT | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1350 | PL-1351/1352/1354/1355 PROPEL PRC | 0.00 | 1.00 EA | 1.00 EA | $14.50 | $14.50 |
| TRICON SEATTLE | PL-1520-MB | PL-1520-MB | 40.00 | 40.00 EA | 40.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1540-BT | PL-1540-BT | 1.00 | 1.00 EA | 1.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1760-BT | PL-1760-BT | 132.00 | 132.00 EA | 132.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1780-BT | PL-1780-BT | 3.00 | 4.00 EA | 4.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1480-R | PROPEL SPYDER X PALM DRONE RED | 75.00 | 75.00 EA | 75.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1480-T | PROPEL SPYDER X PALM DRONE TITAI | 29.00 | 29.00 EA | 29.00 EA | $0.00 | $0.00 |
| TRICON DALLAS W9 | P/L-1530 | PROPEL TILT HAD DRONE ASSORTMEI | 1,786.00 | 1,786.00 EA | 1,786.00 EA | $52.50 | $93,765.00 |
| TRICON SEATTLE | P/L-1530 | PROPEL TILT HAD DRONE ASSORTMEI | 0.00 | 1.00 EA | 1.00 EA | $52.50 | $52.50 |
| TRICON SEATTLE | PL1750-BP-QNTM | QUANTUM BASIC PACK | 340.00 | 340.00 EA | 340.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1750-BT-QNTM | QUANTUM BATTERY | 226.00 | 226.00 EA | 226.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1750-BD-R-QNTI | QUANTUM BODY RED | 9.00 | 9.00 EA | 9.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1750-CM-QNTM | QUANTUM CAMERA | 60.00 | 60.00 EA | 60.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1750-RM-QNTM | QUANTUM CONTROLLER | 63.00 | 63.00 EA | 63.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1750-FP-T-QNTI | QUANTUM FULL PACK TITANIUM | 68.00 | 68.00 EA | 68.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1750-FP-R-QNTM | QUANTUM FULL PACK RED | 66.00 | 66.00 EA | 66.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1750-MT-A-QNTI | QUANTUM MOTOR (A) | 25.00 | 25.00 EA | 25.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1750-MT-B-QNTI | QUANTUM MOTOR (B) | 45.00 | 45.00 EA | 45.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PLM-472 | RC SNAKE (1128823) | 91.00 | 91.00 EA | 91.00 EA | $0.00 | $0.00 |
| TRICON DALLAS W9 | QVC PO CARTON | RED/ SILVER | 136.00 | 136.00 CAS | 136.00 CAS | $0.00 | $0.00 |
| TRICON DALLAS W9 | QVC | RETURN (NOT PROCESSED) | 14.00 | 14.00 PLT | 14.00 PLT | $0.00 | $0.00 |
| TRICON DALLAS W9 | NEUTRON STAPLE | RETURN NOT PROCESS | 4.00 | 4.00 PLT | 4.00 PLT | $0.00 | $0.00 |
| TRICON DALLAS W9 | SPIDER X STAPLE | RETURN NOT PROCESS | 7.00 | 7.00 PLT | 7.00 PLT | $0.00 | $0.00 |
| TRICON DALLAS W9 | ROOF TOP | RETURNS | 75.00 | 75.00 PLT | 75.00 PLT | $0.00 | $0.00 |
| TRICON SEATTLE | KOHLS | RETURNS(NOT PROCESSED) | 70.00 | 70.00 PLT | 70.00 PLT | $0.00 | $0.00 |
| TRICON DALLAS W9 | BEST BUY | RETURNS(NOT PROCESSED) | 67.00 | 67.00 PLT | 67.00 PLT | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1490-BP | ROCKET UFO BASIC PACK BLADES SET | 24.00 | 24.00 EA | 24.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | ROOFTOP SUPPLIE | ROOFTOP PACKAGING SUPPLIES | 136.00 | 136.00 EA | 136.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1610-BT | SKY FORCE BATTERIES ONLY | 121.00 | 123.00 EA | 123.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1610-BP | SKY FORCE BLADES SET | 971.00 | 971.00 EA | 971.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1610-FP-SF-R | SKY FORCE FULL PACK RED | 193.00 | 193.00 EA | 193.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1610-FP-SF | SKY FORCE FULL PACK TITANIUM | 410.00 | 410.00 EA | 410.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1610-R | SKY FORCE WHOLE SET RED | 240.00 | 240.00 EA | 240.00 EA | $0.00 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRICON SEATTLE | PL-1610-T | SKY FORCE WHOLE SET TITANIUM | 145.00 | 145.00 EA | 145.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1540-BP | SKY MASTER BASIC PACK SAFETY CAG | 20.00 | 20.00 EA | 20.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1540-FP | SKY MASTER FULL PACK RED | 9.00 | 9.00 EA | 9.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1540-MT | SKY MASTER INDIVIDUAL PACK (MOTO | 95.00 | 95.00 EA | 95.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1540 | SKY MASTER WHOLE SET | 33.00 | 33.00 EA | 33.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1580-BP | SKY RAIDER BASIC PACK - BLADES SE | 180.00 | 180.00 EA | 180.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1580-BT | SKY RAIDER BATTERIES ONLY | 311.00 | 313.00 EA | 313.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1580-FP | SKY RAIDER FULL PACK - BLADES SET | 849.00 | 849.00 EA | 849.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1580-B | SKY RAIDER WHOLE SET BLACK | 94.00 | 94.00 EA | 94.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1580-R | SKY RAIDER WHOLE SET RED | 87.00 | 87.00 EA | 87.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1720-MT | SKY RIDER (480P) + FPV INDIVIDUAL | 68.00 | 68.00 EA | 68.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1520-CM-SKYRD | SKY RIDER (480P) INDIVIDUAL PACK ( | 237.00 | 237.00 EA | 237.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1720-3BP | SKY RIDER (480P)+ FPV BASIC PACK | 1,416.00 | 1,416.00 EA | 1,416.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1720-3FP | SKY RIDER (480P)+ FPV FULL PACK | 1,002.00 | 1,002.00 EA | 1,002.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1520-BP | SKY RIDER BASIC PACK | 1,609.00 | 1,609.00 EA | 1,609.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1520-BD-R | SKY RIDER BODY RED | 146.00 | 146.00 EA | 146.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1520-BD-T | SKY RIDER BODY TITANIUM | 233.00 | 233.00 EA | 233.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1520-RM | SKY RIDER CONTROLLER | 408.00 | 408.00 EA | 408.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1720-BD-R | SKY RIDER FPV BODY RED | 417.00 | 417.00 EA | 417.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1720-BD-T | SKY RIDER FPV BODY TITANIUM | 308.00 | 309.00 EA | 309.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1720-SP | SKY RIDER FPV CAGE, BLADES, BATTE | 2.00 | 2.00 EA | 2.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1720-CM-HD-SK | SKY RIDER FPV CAMERA | 130.00 | 130.00 EA | 130.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1720 | SKY RIDER FPV COMPLETE SET TITAN | 548.00 | 548.00 EA | 548.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1720-RM | SKY RIDER FPV CONTROLLER | 1,533.00 | 1,534.00 EA | 1,534.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1720-3FP-R | SKY RIDER FULL PACK RED | 37.00 | 37.00 EA | 37.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1520-FP | SKY RIDER FULL PACK RED / TITANIU | 312.00 | 314.00 EA | 314.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1720-3FP-T | SKY RIDER FULL PACK TITANIUM | 8.00 | 8.00 EA | 8.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1720-BT | SKY RIDER INDIVIDUAL PACK BATTER | 1,229.00 | 1,231.00 EA | 1,231.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1520-MT-A-SKY | SKY RIDER MOTOR (A) | 51.00 | 51.00 EA | 51.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1540-CM-SMW | SKYMASTER  INDIVIDUAL PACK CAME | 46.00 | 47.00 EA | 47.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1540-BL | SKYMASTER BLADE SET | 99.00 | 99.00 EA | 99.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1540-CH-SM | SKYMASTER CHARGING CORD | 55.00 | 55.00 EA | 55.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1540-RM-SM | SKYMASTER CONTROLLER | 22.00 | 22.00 EA | 22.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1540-FP-SMW | SKYMASTER FULL PACK | 5.00 | 5.00 EA | 5.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1540-LG-SMW | SKYMASTER LANDING GEAR | 130.00 | 130.00 EA | 130.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1540-SG-SM | SKYMASTER SHAFT GEAR | 184.00 | 184.00 EA | 184.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | OD-2113 | SKYRIDER BLUE + EXTRA BATTERY | 1,135.00 | 1,135.00 EA | 1,135.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | OD-2114 | SKYRIDER RED + EXTRA BATTERY | 2,042.00 | 2,042.00 EA | 2,042.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SL-1815 | SL-1815 PDQ | 532.00 | 532.00 EA | 532.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-1983CX-ACC | SPEEDER BIKE ACCESSORIES | 490.00 | 490.00 EA | 490.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW0327CX-AB-SB | SPEEDER BIKE ACRYLIC CASE | 462.00 | 462.00 EA | 462.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-1983CX-ADP | SPEEDER BIKE ADAPTOR | 551.00 | 551.00 EA | 551.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-1983CX-BT | SPEEDER BIKE BATTERY | 1,360.00 | 1,365.00 EA | 1,365.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-1983CX-BD | SPEEDER BIKE BODY | 1,330.00 | 1,330.00 EA | 1,330.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW1983CX-CH-SB | SPEEDER BIKE CHARGER + CABLE | 569.00 | 569.00 EA | 569.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW1983CX-CH-SB- | SPEEDER BIKE CHARGER + CABLE + A | 269.00 | 269.00 EA | 269.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-1983CX-RM | SPEEDER BIKE CONTROLLER | 531.00 | 531.00 EA | 531.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW1983CX-WG-SB | SPEEDER BIKE MUSIC WEDGE | 140.00 | 140.00 EA | 140.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW1983CX-BL-SB | SPEEDER BIKE PROPELLERS | 174.00 | 178.00 EA | 178.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW0327CX-SD-SB | SPEEDER BIKE SCREWDRIVER | 444.00 | 444.00 EA | 444.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-1983CX-WG | SPEEDER BIKE WEDGE DISPLAY | 845.00 | 845.00 EA | 845.00 EA | $0.00 | $0.00 |
| TRICON DALLAS WH | PL-1402 | SPYDER STUNT DRONE-28MC/PLT | 1,288.00 | 1,288.00 CAS | 1,288.00 CAS | $22.50 | $28,980.00 |
| TRICON SEATTLE | PL-1480-BP | SPYDER X BASIC PACK / BLADES SET / | 1,667.00 | 1,668.00 EA | 1,668.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1480-BT-SPX | SPYDER X BATTERY | 1,704.00 | 1,706.00 EA | 1,706.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1480-BT | SPYDER X BATTERY | 297.00 | 297.00 EA | 297.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1480-BD | SPYDER X BODY SHELL | 21.00 | 21.00 EA | 21.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1480-FP | SPYDER X FULL PACK | 211.00 | 213.00 EA | 213.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1480-MB-B | SPYDER X HELICOPTER ONLY BLACK | 298.00 | 298.00 EA | 298.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1480-MB-R | SPYDER X HELICOPTER ONLY RED | 53.00 | 53.00 EA | 53.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1480-MB-T | SPYDER X HELICOPTER ONLY TITANIL | 274.00 | 274.00 EA | 274.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1480-MT-B-SPX | SPYDER X MOTOR  (B) | 847.00 | 851.00 EA | 851.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1480-MT-A-SPX | SPYDER X MOTOR (A) | 855.00 | 859.00 EA | 859.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1480-CH-SPX | SPYDER X USB CHARGER | 39.00 | 39.00 EA | 39.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1530-BD-SPXL | SPYDER XL DRONE BODY | 562.00 | 562.00 EA | 562.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1530-CH | SPYDER XL WALL CHARGER | 9.00 | 9.00 EA | 9.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1600-BP | STAR QUEST BASIC PACK | 418.00 | 418.00 EA | 418.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1600-BT | STAR QUEST BATTERIES ONLY | 285.00 | 287.00 EA | 287.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1600-FP | STAR QUEST FULL PACK | 602.00 | 602.00 EA | 602.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1600-C | STAR QUEST WHOLE SET CHARCOAL | 50.00 | 50.00 EA | 50.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1600-R | STAR QUEST WHOLE SET RED | 53.00 | 53.00 EA | 53.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1111-SC | STAR WARS 16 GB SD CARD ONLY | 290.00 | 290.00 EA | 290.00 EA | $0.00 | $0.00 |
| TRICON DALLAS WH | SW-1977-CX | STAR WARS BATTLING XWING DRONE | 131.00 | 131.00 EA | 131.00 EA | $50.00 | $6,550.00 |
| TRICON SEATTLE | SW-1977-CX | STAR WARS BATTLING XWING DRONE | 11.00 | 12.00 EA | 12.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-0111-SD | STAR WARS SCREWDRIVER ONLY | 998.00 | 998.00 EA | 998.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-2111-CR | STAR WARS SD CARD READER ONLY | 991.00 | 991.00 EA | 991.00 EA | $0.00 | $0.00 |
| TRICON DALLAS WH | SW-1983-CX | STAR WARS SPEEDER BIKE DRONE | 974.00 | 974.00 CAS | 974.00 CAS | $50.00 | $48,700.00 |
| TRICON SEATTLE | SW-1983-CX | STAR WARS SPEEDER BIKE DRONE | 7.00 | 7.00 CAS | 7.00 CAS | $0.00 | $0.00 |
| TRICON SEATTLE | SW-1983CX-MT-A | STAR WARS SPEEDER BIKE MOTOR A | 1,340.00 | 1,340.00 EA | 1,340.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-1983CX-MT-B | STAR WARS SPEEDER BIKE MOTOR B | 1,342.00 | 1,342.00 EA | 1,342.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW0327CX-MT-A | STAR WARS TIE FIGHTER 8 X WING N | 2,055.00 | 2,055.00 EA | 2,055.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-0327CX-MT-B | STAR WARS TIE FIGHTER 8 X WING N | 612.00 | 612.00 EA | 612.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-0327CX-CG | STAR WARS TIE FIGHTER SAFETY CAG | 2.00 | 2.00 EA | 2.00 EA | $0.00 | $0.00 |

| Location | Item | Description | Qty | Qty 2 | Qty 3 | Unit $ | Ext $ |
|---|---|---|---|---|---|---|---|
| TRICON DALLAS W | SW-0327-CX | STAR WARSTIEFIGHTER DRONE | 459.00 | 459.00 EA | 459.00 EA | $50.00 | $22,950.00 |
| TRICON SEATTLE | SW-0327-CX | STAR WARSTIEFIGHTER DRONE | 10.00 | 11.00 EA | 11.00 EA | $50.00 | $550.00 |
| TRICON SEATTLE | WB-4002 | SUPERMAN | 5.00 | 5.00 EA | 5.00 EA | $10.00 | $50.00 |
| TRICON SEATTLE | WB4002-RM | SUPERMAN CONTROLLER | 189.00 | 189.00 EA | 189.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1780-BP | SWITCH BASIC PACK | 1,047.00 | 1,047.00 EA | 1,047.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1780-FP | SWITCH FULL PACK (BLADES, CHARGI | 308.00 | 308.00 EA | 308.00 EA | $0.00 | $0.00 |
| TRICON DALLAS W | PL-1402-1 | SYDER STUNT DDRONE 27MC/PLT | 27.00 | 27.00 CAS | 27.00 CAS | $22.50 | $607.50 |
| TRICON DALLAS W | PL-1402-4 | SYDER STUNT DRONE-30MC/PLT | 30.00 | 30.00 CAS | 30.00 CAS | $22.50 | $675.00 |
| TRICON DALLAS W | PL-1402-2 | SYDER STUNT DRONE-36MC/PLT | 432.00 | 432.00 CAS | 432.00 CAS | $22.50 | $9,720.00 |
| TRICON SEATTLE | TARGET PRODUCT | TARGET PRODUCT | 50.00 | 50.00 EA | 50.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1690-BP-TAU | TAU BASIC PACK | 567.00 | 567.00 EA | 567.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1690-BT-TAU | TAU BATTERY | 377.00 | 378.00 EA | 378.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1690-BP | TAU BLADES | 60.00 | 60.00 EA | 60.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1690-FP-TAU | TAU FULL PACK | 407.00 | 407.00 EA | 407.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1690-R | TAU WHOLE SET RED COLOR | 200.00 | 200.00 EA | 200.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1690-T | TAU WHOLE SET TITANIUM | 29.00 | 33.00 EA | 33.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-0327CX-ACC | TIE ADVANCED ACCESSORIES | 523.00 | 523.00 EA | 523.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW0327CX-AB-TA | TIE ADVANCED ACRYLIC CASE | 445.00 | 445.00 EA | 445.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-0327CX-ADP | TIE ADVANCED ADAPTER | 510.00 | 510.00 EA | 510.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW0327CX-BT-TA | TIE ADVANCED BATTERY | 1,661.00 | 1,665.00 EA | 1,665.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-0327CX-BD | TIE ADVANCED BODY | 1,124.00 | 1,125.00 EA | 1,125.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW0327CX-CH-TA | TIE ADVANCED CHARGER & CABLE | 1,048.00 | 1,048.00 EA | 1,048.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW0327CX-CH-TA- | TIE ADVANCED CHARGER & CABLE + A | 1,010.00 | 1,010.00 EA | 1,010.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-0327CX-RM | TIE ADVANCED CONTROLLER | 1,823.00 | 1,824.00 EA | 1,824.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW0327CX-BL-TA | TIE ADVANCED PROPELLERS | 0.00 | 2.00 EA | 2.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW0327CX-SD-TA | TIE ADVANCED SCREWDRIVER | 578.00 | 578.00 EA | 578.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-0327CX-WG | TIE ADVANCED WEDGE DISPLAY | 891.00 | 891.00 EA | 891.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW0327CX-MB-TA | TIE ADVANCED WEDGE ONLY | 104.00 | 104.00 EA | 104.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-0327CX-PT | TIE FIGHTER BLADE TOOL ONLY | 125.00 | 125.00 EA | 125.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-0327CX-BL-2 | TIE FIGHTER BLADES ONLY SETS OF2 | 354.00 | 354.00 EA | 354.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-0327CX-SD-TF | TIE FIGHTER SCREWDRIVER ONLY | 247.00 | 247.00 EA | 247.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1530-RM | TILT + FPV INDIVIDUAL PACK CONTR | 394.00 | 394.00 EA | 394.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1530-SP | TILT COMPLETE SET (SPARE PART) | 329.00 | 329.00 EA | 329.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1530-BD-R | TILT FPV BODY RED | 10.00 | 10.00 EA | 10.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1530-BD-T | TILT FPV BODY TITANIUM | 17.00 | 17.00 EA | 17.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1530-FP | TILT FPV FULL PACK RED / TITANIUM | 40.00 | 40.00 EA | 40.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1420-MT-B | TILT-FPV MOTOR B ONLY | 10.00 | 10.00 EA | 10.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1530-BP | TILT+FPV BASIC PACK | 178.00 | 178.00 EA | 178.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1420-BT | TILT+FPV BATTERIES ONLY | 84.00 | 84.00 EA | 84.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1530-FP-C | TILT+FPV FULL PACK CHARCOAL | 26.00 | 26.00 EA | 26.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1530-FP-R | TILT+FPV FULL PACK RED | 6.00 | 7.00 EA | 7.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1760-BP | TUNNEL BASIC PACK BLADES SET/SAF | 779.00 | 779.00 EA | 779.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1760-FP | TUNNEL FULL PACK | 556.00 | 556.00 EA | 556.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1763-R | TUNNEL PALM DRONE RED 7379565 | 32.00 | 32.00 EA | 32.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1763-B | TUNNEL WHOLE SET BLACK | 9.00 | 9.00 EA | 9.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | CT-1973-FP | ULTRA X FULL PACK | 24.00 | 25.00 EA | 25.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | CT-1973-BP | ULTRA-X BASIC PACK | 620.00 | 620.00 EA | 620.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1510-FP-R | VIDEO DRONE FULL PACK RED | 41.00 | 41.00 EA | 41.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1510-FP-T | VIDEO DRONE FULL PACK TITANIUM | 49.00 | 49.00 EA | 49.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SL-1814 | VIDEO TALKER | 49.00 | 49.00 EA | 49.00 EA | $0.00 | $0.00 |
| TRICON DALLAS W | CRATES | WOOD CRATES | 14.00 | 14.00 UNT | 14.00 UNT | $0.00 | $0.00 |
| TRICON SEATTLE | SW-1977CX-ACC | X-WING ACCESSORIES | 537.00 | 537.00 EA | 537.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW0327CX-AB-XW | X-WING ACRYLIC CASE | 391.00 | 391.00 EA | 391.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-1977CX-ADP | X-WING ADAPTOR | 325.00 | 325.00 EA | 325.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW1977CX-BT-XW | X-WING BATTERY | 1,195.00 | 1,199.00 EA | 1,199.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-1977CX-BD | X-WING BODY | 1,776.00 | 1,777.00 EA | 1,777.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW1977CX-CH-XW | X-WING CHARGER & CABLE | 1,149.00 | 1,149.00 EA | 1,149.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-1977CX-RM | X-WING CONTROLLER | 1,871.00 | 1,871.00 EA | 1,871.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW1977CX-WG-XW | X-WING MUSIC WEDGE | 28.00 | 28.00 EA | 28.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW1977CX-BL-XW | X-WING PROPELLERS | 0.00 | 6.00 EA | 6.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-1977CX-CG | X-WING SAFETY | 4.00 | 4.00 EA | 4.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW0327CX-SD-XW | X-WING SCREWDRIVER | 436.00 | 436.00 EA | 436.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-1977CX-WG | X-WING WEDGE DISPLAY | 1,125.00 | 1,125.00 EA | 1,125.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | VL-3520-BP | X02 FREE PACK BLADES SET | 427.00 | 427.00 EA | 427.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | VL-3520-FP | X02 FULL PACK BLADES SET/ USB CHA | 298.00 | 298.00 EA | 298.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | VL-3540-BP | X03 BASIC PACK | 277.00 | 277.00 EA | 277.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | VL-3540-FP | X03 FULL PACK | 148.00 | 148.00 EA | 148.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1480-RM | X03 INDIVIDUAL PACK | 79.00 | 79.00 EA | 79.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | VL-3632 | X07 WHOLE SET BLACK | 90.00 | 90.00 EA | 90.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | VL-3631 | X07 WHOLE SET RED | 102.00 | 102.00 EA | 102.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | VL-3611 | X09 WHOLE SET RED | 5.00 | 5.00 EA | 5.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | VL-3612 | X09 WHOLE SET TITANIUM | 5.00 | 5.00 EA | 5.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1440-BP | X18 BASIC PACK | 237.00 | 237.00 EA | 237.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1440-FP | X18 FULL PACK | 143.00 | 143.00 EA | 143.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1430-BT | X18 INDIVIDUAL PACK | 104.00 | 104.00 EA | 104.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1650-BP | X5 ACTIVE HD WIFI BASIC PACK | 0.00 | 2.00 EA | 2.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1650-CM | X5 ACTIVE HD WIFI INDIVIDUAL PACK | 29.00 | 29.00 EA | 29.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1650-RM | X5 ACTIVE HD WIFI INDIVIDUAL PACK | 29.00 | 29.00 EA | 29.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL1650-BD-B | X5 ACTIVE HD WIFI INDIVIDUAL PACK | 20.00 | 20.00 EA | 20.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | SW-1977CX-CH | XWING ADAPTER, BASE, CABLE | 1,493.00 | 1,493.00 EA | 1,493.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1230-RM | ZIP NANO REMOTE CONTROLLER | 444.00 | 444.00 EA | 444.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1230-MT-A | ZIPP NANO A MOTOR | 708.00 | 708.00 EA | 708.00 EA | $0.00 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRICON SEATTLE | PL-1230-MT-B | ZIPP NANO B MOTOR | 658.00 | 658.00 EA | 658.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1230-BT | ZIPP NANO BATTERY | 1,278.00 | 1,281.00 EA | 1,281.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1230-BL | ZIPP NANO BLADE SET | 249.00 | 251.00 EA | 251.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1560-BP | ZIPP NANO W / AIR PRESSURE BASIC | 3,118.00 | 3,121.00 EA | 3,121.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1560-FP | ZIPP NANO W/ AIR PRESSURE FULL PA | 1,406.00 | 1,406.00 EA | 1,406.00 EA | $0.00 | $0.00 |
| TRICON SEATTLE | PL-1560 | ZIPP NANO W/ AIR PRESSURE WHOLE | 538.00 | 540.00 EA | 540.00 EA | $18.50 | $9,990.00 |

Est close-out     $143,556.00     $1,104,276.96

SW Extra     $15,000.00

**158,556.00**

Debtor  __Rooftop Group USA, Inc._____  Case number (if known) __19-32804_____
      Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

     **$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

     **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   **Rooftop Group USA, Inc.**        Case number (if known)   **19-32804**
      Name

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | | |
    |---|---|
    | | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| **www.rooftopbrands.com** | | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | | |
    |---|---|
    | | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor  **Rooftop Group USA, Inc.**                    Case number (if known)  **19-32804**
_____Name_____

---

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes.  Fill in the information below.

                                                                        **Current value of
                                                                        debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    **Yean Fashion**                  **$4,000,000.00** — **$4,000,000.00** = ➜              **$0.00**
    _____         Total face amount    doubtful or uncollectible amount    _____

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                           **$0.00**
    Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor  **Rooftop Group USA, Inc.**                                                Case number (if known) __19-32804__
               Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $147,357.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $385,426.07 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $355,757.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➡ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $888,540.08 **+** 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................................. | | $888,540.08 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Rooftop Group USA, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-32804** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name** **Begaline Ltd** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
| **Creditor's mailing address** **Vanterpool Plaza 2nd floor** **Wickams Cay 1** | **Describe the lien** **Goods and/or services rendered** | | |
| | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?** ☐ No ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** **Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $718,317.27

| Debtor | **Rooftop Group USA, Inc.** | Case number (if known) **19-32804** |
|--------|------------------------------|--------------------------------------|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.2**

**Creditor's name**
TriCon Logistics, LLC

**Creditor's mailing address**
c/o Chris Condon

4450 W. Walnut Hill Lane

Suite 100

Irving                              TX      75038

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account
number** ____ ____ ____ ____

**Do multiple creditors have an interest in
the same property?**

☒ No

☐ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
    specified on lines _____

**Describe debtor's property that is
subject to a lien**

Inventory

**Describe the lien**

UCC/Warehouse lien

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$718,317.27**                **$0.00**

**2.3**

**Creditor's name**
Triumphant Gold Ltd.

**Creditor's mailing address**
Floor 4, Willow House, Cricket Sq

PO Box 2804

Grand Cayman, Cayman Islands, KY1-1
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account
number** ____ ____ ____ ____

**Do multiple creditors have an interest in
the same property?**

☒ No

☐ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
    specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Describe the lien**

Guaranty

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**                **$0.00**

Debtor     **Rooftop Group USA, Inc.**                                    Case number (if known)  **19-32804**

---

**Part 2:**     **List Others to Be Notified for a Debt Already Listed in Part 1**

---

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Carey D. Schreiber** | Line    **2.2** | ___ ___ ___ ___ |
| **Winston & Strawn LLP** | | |
| **200 Park Avenue** | | |
| | | |
| **New York**        **NY**    **10166-4193** | | |

**Fill in this information to identify the case:**

Debtor    **Rooftop Group USA, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **19-32804**
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Adam Mcenaney**

**c/o Q4 Brands LLC**

**7425 Evening Sky Circle**

**Austin**    **TX**    **78735**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**2017 commissions**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total claim: $335,385.40**    **Priority amount: $335,385.40**

**2.2**   Priority creditor's name and mailing address

**Adam Mcenaney**

**c/o Q4 Brands LLC**

**7425 Evening Sky Circle**

**Austin**    **TX**    **78735**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**2018 commissions**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total claim: $166,451.61**    **Priority amount: $166,451.61**

Debtor   **Rooftop Group USA, Inc.**                                       Case number (if known)   **19-32804**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.3**   Priority creditor's name and mailing address

**Anita York**

_____

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number     __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**2017 Commissions**

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim:** $72,511.14    **Priority amount:** $72,511.14

---

**2.4**   Priority creditor's name and mailing address

**Anita York**

_____

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number     __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**2018 Commissions**

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim:** $56,964.25    **Priority amount:** $56,964.25

---

**2.5**   Priority creditor's name and mailing address

**Anita York**

_____

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number     __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**2019 IC**

Is the claim subject to offset?

☑ No
☐ Yes

**Total claim:** $16,431.00    **Priority amount:** $16,431.00

Debtor  **Rooftop Group USA, Inc.**                                  Case number (if known)  **19-32804**

| Part 1: | Additional Page |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total claim | Priority amount |

**2.6** Priority creditor's name and mailing address

**Darren Scott Matloff**

**1302 Marina Bay Drive #203A**

_____

_____

**Kemah**                     **TX**     **77565**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**2018 unpaid commissions**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $199,114.82   **Priority amount:** $0.00

**2.7** Priority creditor's name and mailing address

**Susan Sheffield**

_____

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**2019 IC**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $30,000.00   **Priority amount:** $30,000.00

Debtor   **Rooftop Group USA, Inc.**                              Case number (if known) **19-32804**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
     claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

_Check all that apply._

**ADP, LLC**                                          ☐ Contingent

**PO Box 12513**                                      ☐ Unliquidated

**1851 N Resler Drive**                               ☐ Disputed

**Basis for the claim:**

**El Paso                      TX      79912**        _____

Date or dates debt was incurred    _____     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __     ☑ No
                                                   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,324.52 |

_Check all that apply._

**Allpak Container, LLC**                             ☐ Contingent

**1100 SW 27th Street**                               ☐ Unliquidated
                                                     ☐ Disputed

**Basis for the claim:** **Goods and/or services rendered**

**Renton                       WA     98057**

Date or dates debt was incurred    _____     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __     ☑ No
                                                   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500,000.00 |

_Check all that apply._

**AMAX INDUSTRIAL GROUP CHINA CO, LTD.,**             ☐ Contingent

**No.3 10/F**                                         ☐ Unliquidated

**Witty Commercial Building**                         ☐ Disputed

**1A-1L Tung Choi Street Mongkok Kowloon**            **Basis for the claim:** **Goods and/or services rendered**

Date or dates debt was incurred    _____     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __     ☑ No
                                                   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $145,906.39 |

_Check all that apply._

**Anicole, Inc.**                                     ☐ Contingent

**c/o Anita York**                                    ☐ Unliquidated

**8 McGillivray Ave.**                                ☐ Disputed

**North York, ON M5M 2Y1**                            **Basis for the claim:** **Goods and/or services rendered**

Date or dates debt was incurred    _____     **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __     ☑ No
                                                   ☐ Yes

Debtor __**Rooftop Group USA, Inc.**_____  Case number (if known) __**19-32804**__

---

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,200.00 |

**Anil Agarwal**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,478.80 |

**Applaud Media**
**1 Church Road**
**Bookham, London**
**KT23 3PD**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119,326.00 |

**Apple Distribution International**
**Hollyhill Industrial Estate,**
**Hollyhill,  Ireland**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,184,016.00 |

**Asian Express Holdings Ltd**
**Room 1702, Sino Centre**
**582-592 Nathan Road**
**Mongkok, Kowloon Hong Kong**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    **Rooftop Group USA, Inc.**      Case number (if known)   **19-32804**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**   Nonpriority creditor's name and mailing address

**AT&T Mobility**

**PO Box 6463**

**Carol Stream**      **IL**    **60197**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,500.00**

---

**3.10**   Nonpriority creditor's name and mailing address

**Audi Lease**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,875.94**

---

**3.11**   Nonpriority creditor's name and mailing address

**Bay Cities Container Corp**

**5138 Industry Ave**

**Pico Rivera**      **CA**    **90660**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$217,390.08**

---

**3.12**   Nonpriority creditor's name and mailing address

**Bazaar Voice**

**10901 South Stonelake Blvd**

**Austin**      **TX**    **78759**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,233.60**

---

Debtor    **Rooftop Group USA, Inc.**      Case number (if known)   **19-32804**

# Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Amount of claim: $806,051.00**

**Bed Bath & Beyond**

**650 Liberty Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Union**      **NJ**    **07083**

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.14**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**Amount of claim: $5,974.46**

**Bestar Services Singapore**

**23 New Industrial Rd**

**#04-08 Solstice Business Center**

**Singapore 536209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.15**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**Amount of claim: $33,483.39**

**Black Oak**

**#12-01/02 One George Street**

**Singapore 049145**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.16**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**Amount of claim: $1,187.98**

**Brendan O'Farrell**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor __**Rooftop Group USA, Inc.**_____  Case number (if known) __**19-32804**_____

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.17** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**BTX Global Logistics**

**12 Commerce St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Shelton**          **CT**    **06484**

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$176,176.62**

---

**3.18** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**Canada Revenue Agency**

**PO Box 3800 STN A**

**Sudbury, ON P3A 0C3**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Taxes**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$790,668.07**

---

**3.19** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**Carl England**

**107 Lower Village Rd**

**Ascot SL5 9BQ**

**ENGLAND,**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$81,282.26**

---

**3.20** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

**CNA Insurance**

**1000 Wilshire Blvd, #1800**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Los Angeles**          **CA**    **90017**

**Basis for the claim:**
**Insurance**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

Debtor    **Rooftop Group USA, Inc.**                                    Case number (if known)   **19-32804**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**    Nonpriority creditor's name and mailing address

**Commerce Hub**

**201 Fuller Rd**

**Albany**                    **NY**    **12203**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$69.82**

---

**3.22**    Nonpriority creditor's name and mailing address

**CPA Global**

**Liberation House**

**Castle Street**

**St Helier, JE1 1BL, JE**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,550.01**

---

**3.23**    Nonpriority creditor's name and mailing address

**Dealer Protection Ins Srv / Arroyo Ins**

**8659 Research Dr**

**Irvine**                    **CA**    **92618**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Insurance**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.24**    Nonpriority creditor's name and mailing address

**Duane Morris LLP**

**1540 Broadway**

**New York**                    **NY**    **10036**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$77,473.41**

---

Debtor __**Rooftop Group USA, Inc.**_____ Case number (if known) __**19-32804**__

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                    Amount of claim

**3.25**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:            **$1,179.78**

__**Easy Link**_____ Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__**Goods and/or services rendered**__

Date or dates debt was incurred     _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
                                                                ☐ Yes

**3.26**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:            **$82,486.05**
                                                                   Check all that apply.

__**Echo Global Logistics**_____ ☐ Contingent
__**600 West Chicago Ave**_____ ☐ Unliquidated
__**Suite 725**_____ ☐ Disputed

Basis for the claim:
__**Chicago**_____**IL**____**60654**____ __**Goods and/or services rendered**__

Date or dates debt was incurred     _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
                                                                ☐ Yes

**3.27**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:            **$25,090.00**
                                                                   Check all that apply.

__**Edward L Schafman, LLC**_____ ☐ Contingent
__**5218 Spruce St**_____ ☐ Unliquidated
                                                       ☐ Disputed

Basis for the claim:
__**Bellaire**_____**TX**____**77401**____ __**Goods and/or services rendered**__

Date or dates debt was incurred     _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
                                                                ☐ Yes

**3.28**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:            **$2,592.74**
                                                                   Check all that apply.

__**Eiger Law: Eiger Law**_____ ☐ Contingent
__**Sec. 4, 25-2 REN AI RD**_____ ☐ Unliquidated
__**Bldg A, 12 F**_____ ☐ Disputed
__**Taipei Taiwan  10685**_____ Basis for the claim:
                                                      __**Goods and/or services rendered**__

Date or dates debt was incurred     _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
                                                                 ☐ Yes

| | |
|---|---|
| Debtor **Rooftop Group USA, Inc.** | Case number (if known) **19-32804** |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,345.00** |
|---|---|---|---|

**Envy Media Company**

**55 Purick St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Bayport | NY | 11705 | **Goods and/or services rendered** |
|---|---|---|---|

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,920.00** |
|---|---|---|---|

**Evergreen Shipping**

**Tollway Plaza 1**

**16000 North Dallas Parkway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Dallas | TX | 75248 | **Goods and/or services rendered** |
|---|---|---|---|

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$202,889.91** |
|---|---|---|---|

**FedEx**

**PO Box 660481**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Dallas | TX | 75266 | **Goods and/or services rendered** |
|---|---|---|---|

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,946.15** |
|---|---|---|---|

**First Insurance Funding**

**450 Skokie Blvd**

**Suite 1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Northbrook | IL | 60062 | **Goods and/or services rendered** |
|---|---|---|---|

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

Debtor   **Rooftop Group USA, Inc.**                      Case number (if known)   **19-32804**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33** Nonpriority creditor's name and mailing address

**Fredrikson & Byron PA**

**1508, One Lujiazui**

**68 Middle Yincheng Road**

**Pudong Shanghai 200120**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,242.00**

---

**3.34** Nonpriority creditor's name and mailing address

**GTT Communications**

**7900 Tyson One Place, Suite 1450**

**McLean**                    **VA**      **22102**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,309.90**

---

**3.35** Nonpriority creditor's name and mailing address

**Internal Revenue Service**

**P.O. Box 660264**

**Dallas**                    **TX**      **75266**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.36** Nonpriority creditor's name and mailing address

**InterTrade Systems Inc**

**PO Box 55811**

**Boston**                    **MA**      **02205**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$100.00**

---

Debtor    **Rooftop Group USA, Inc.**    Case number (if known)  **19-32804**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                   Amount of claim

### 3.37   Nonpriority creditor's name and mailing address

**Jack Bishop**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$9,533.46**

### 3.38   Nonpriority creditor's name and mailing address

**James Truter**
**100 Waterkant Street**
**DeWaterkant, Cape Town, 8001,**
**South Africa**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$29,872.00**

### 3.39   Nonpriority creditor's name and mailing address

**Karr Tuttle Campbell**
**701 Fifth Avenue**
**Suite 3300**

**Seattle**          **WA**    **98104**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$9,067.25**

### 3.40   Nonpriority creditor's name and mailing address

**KMOB (Asian Express)**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$59,320.62**

Debtor      **Rooftop Group USA, Inc.**                                     Case number (if known)   **19-32804**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      Amount of claim

| | |
|---|---|
| **3.41**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:  **$60,342.11** |

**Knobbe Martens**

**2040 Main Street**

**14th Floor**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Irvine | CA | 92614 |
|---|---|---|

Basis for the claim:
**Goods and/or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.42**  Nonpriority creditor's name and mailing address                           As of the petition filing date, the claim is:   **$85,459.32**

**Krupp Public Relations**

**8451 BEVERLY BOULEVARD**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| LOS ANGELES | CA | 90048 |
|---|---|---|

Basis for the claim:
**Goods and/or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.43**  Nonpriority creditor's name and mailing address                           As of the petition filing date, the claim is:   **$2,832.53**

**Law Office of Steven Riker**

**One Grand Central Place**

**46th Floor**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| New York | NY | 10165 |
|---|---|---|

Basis for the claim:
**Goods and/or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.44**  Nonpriority creditor's name and mailing address                           As of the petition filing date, the claim is:   **$18,314.52**

**Lee Waite**

**Castle Hill House**

**12 Castle Rd**

**Windsor SL4 1PD**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor **Rooftop Group USA, Inc.**      Case number (if known) **19-32804**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                    Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Low Cut UK**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,202.22** |

**Market Making Agency 2**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |

**Mayer Brown/ Yu-Jin**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,975.00** |

**MGL (USA) INC**
**INTERNATIONAL FREIGHT FORWARDER**
**(LOS ANGELES BRANCH)**
**4010 VALLEY BLVD. STE 103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor   **Rooftop Group USA, Inc.**                          Case number (if known) **19-32804**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                        **Amount of claim**

---

**3.49**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$1,741.40**
                                                                    Check all that apply.
**Mr. Mok**
                                                                    ☐ Contingent
                                                                    ☐ Unliquidated
                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    **Goods and/or services rendered**

Date or dates debt was incurred                                     Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number  __ __ __ __                        ☐ Yes

---

**3.50**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$1,353.15**
                                                                    Check all that apply.
**Nielsen**
                                                                    ☐ Contingent
**85 Broad St**
                                                                    ☐ Unliquidated
                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
**New York**            **NY    10004**                             **Goods and/or services rendered**

Date or dates debt was incurred                                     Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number  __ __ __ __                        ☐ Yes

---

**3.51**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$96.90**
                                                                    Check all that apply.
**Non Stop Express**
                                                                    ☐ Contingent
                                                                    ☐ Unliquidated
                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    **Goods and/or services rendered**

Date or dates debt was incurred                                     Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number  __ __ __ __                        ☐ Yes

---

**3.52**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$13,742.28**
                                                                    Check all that apply.
**North American Freight**
                                                                    ☐ Contingent
**556 Byrne Dr #20**
                                                                    ☐ Unliquidated
**Barrie, ON L4N 9P6**
                                                                    ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    **Goods and/or services rendered**

Date or dates debt was incurred                                     Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number  __ __ __ __                        ☐ Yes

---

Debtor     **Rooftop Group USA, Inc.**        Case number (if known)   **19-32804**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

---

**3.53**   Nonpriority creditor's name and mailing address

**Office Depot / Office Max**

**6600 N Military Trail**

**Boca Raton**      **FL**    **33496**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

**$5,193.18**

---

**3.54**   Nonpriority creditor's name and mailing address

**Olark Live Chat**

**427 N Tatnall St #63602**

**Wilmington**      **DE**    **19801**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

**$85.00**

---

**3.55**   Nonpriority creditor's name and mailing address

**Phillip Lew**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

**$6,000.00**

---

**3.56**   Nonpriority creditor's name and mailing address

**Pirkey Barber, PLLC**

**1801 East 6th Street**

**Suite 300**

**Austin**      **TX**    **78702**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,300.00**

---

Debtor      __Rooftop Group USA, Inc._____    Case number (if known)   __19-32804_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.57**    **Nonpriority creditor's name and mailing address**

__Plug & Play_____

__440 N Wolfe Road_____

__Sunnyvale, California_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Goods and/or services rendered_____

Is the claim subject to offset?
☑ No
☐ Yes

**$13,000.00**

---

**3.58**    **Nonpriority creditor's name and mailing address**

__Q4 Brands LLC_____

__c/o Adam Mcenaney_____

__7425 Evening Sky Circle_____

_____

__Austin_____TX_____78735__

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Goods and/or services rendered_____

Is the claim subject to offset?
☑ No
☐ Yes

**$501,837.01**

---

**3.59**    **Nonpriority creditor's name and mailing address**

__Regus Management Singapore_____

__Raffles Place, Level 19, Tower 2_____

__048616 No. 1, Singapore 048616_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Goods and/or services rendered_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,828.01**

---

**3.60**    **Nonpriority creditor's name and mailing address**

__Republic Services_____

__PO Box 820_____

_____

_____

__Del Valle_____TX_____78617__

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Goods and/or services rendered_____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,809.66**

Debtor   **Rooftop Group USA, Inc.**                                    Case number (if known)   **19-32804**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** |
|---|---|---|---|

**Rhodium Productions LLC**

**9102 Cascada Way**

**Suite 101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Naples**                      FL      34114

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Ricky Interest**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$105,000.00** |
|---|---|---|---|

**RVLNT**

**Bolshedens Industriväg 35**

**427 50 Billdal, Sweden**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$2,500.00** |
|---|---|---|---|

**SD Card Association**

**c/o Global Inventures, Inc.**

**2400 Camino Ramon, Suite 375**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Ramon**                 CA      94583

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor  **Rooftop Group USA, Inc.**                                  Case number (if known)  **19-32804**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   **Amount of claim**

---

**3.65**   Nonpriority creditor's name and mailing address

**Senbang Shipping**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$120,368.04**

---

**3.66**   Nonpriority creditor's name and mailing address

**SH Landes LLP Accountants**

**3rd Floor, Fairgate House**

**78 New Oxford Street**

**London, WC1A 1HB**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.67**   Nonpriority creditor's name and mailing address

**Shop LLC dba Shop Studios**

**528 W 39th St**

**New York                    NY    10018**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$38,000.00**

---

**3.68**   Nonpriority creditor's name and mailing address

**Social Media**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$1,250.00**

---

Debtor **Rooftop Group USA, Inc.**  Case number (if known) **19-32804**

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.   Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,590.00** |
|---|---|---|---|

**Solutions 2 Go**

**15 Production Road**

**Brampton, ON, Canada, L6T 4N8**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,385.62** |
|---|---|---|---|

**SPS Commerce, Inc**

**PO Box 205782**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

**Dallas**  **TX** **75320**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,506.16** |
|---|---|---|---|

**Staff Force**

**4631 Airport Blvd., Suite 131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

**San Antonio**  **TX** **78216**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$336,095.86** |
|---|---|---|---|

**Staples**

**500 Staples Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

**Framingham**  **MA** **01702**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor      **Rooftop Group USA, Inc.**                                    Case number (if known)   **19-32804**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address |
|---|---|

**Swerve Public Relations**

**1440 GRAHAMS**

**LANE, UNIT #1,**

**BURLINGTON, ON**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

$8,500.00

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address |
|---|---|

**T.O. Epps & Associates, Inc.**

**1075 Andrew Drive I**

**West Chester          PA     19380**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

$1,898.00

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address |
|---|---|

**Techlink International, LLC**

**PO Box 290444**

**Davie          FL     33329**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Unknown

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address |
|---|---|

**Telepacific Communications**

**515 Flower St**

**45th floor**

**Los Angeles          CA     90071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

$6,045.00

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor     **Rooftop Group USA, Inc.**      Case number (if known)   **19-32804**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.77**   Nonpriority creditor's name and mailing address

**The Garrahan Group**

**114 Sheldon St**

**El Segundo**      **CA**    **90245**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$77,183.35**

---

**3.78**   Nonpriority creditor's name and mailing address

**Time World Express Inc**

**2210 - 5200 Miller Road**

**Richmond, BC V7B 1L1**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$86,014.63**

---

**3.79**   Nonpriority creditor's name and mailing address

**TO Lee**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,500.00**

---

**3.80**   Nonpriority creditor's name and mailing address

**Total Express**

**3220 Caravelle Dr**

**Mississauga, ON L4V 1K9**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$230,700.76**

---

Debtor __**Rooftop Group USA, Inc.**_____ Case number (if known) __**19-32804**_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill or submit this page.

Amount of claim

---

**3.81** | Nonpriority creditor's name and mailing address

**Trend Results/ Tim Carey**

**$300.00**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.82** | Nonpriority creditor's name and mailing address

**Uline**

**PO Box 88741**

**Chicago** IL **60680**

**$1,308.62**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.83** | Nonpriority creditor's name and mailing address

**UOC SPV1 Pte Ltd**

**80 Raffles Place,#26-04**

**UOB Plaza 1,Singapore**

**$0.00**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Guaranty**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.84** | Nonpriority creditor's name and mailing address

**UPS**

**55 Glenlake Parkway**

**Atlanta** GA **30328**

**$20,477.06**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods and/or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor     **Rooftop Group USA, Inc.**          Case number (if known)   **19-32804**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,502.00 |
|------|--------|--------|--------|

*Check all that apply.*

**Walgreens**

**200 Wilmot Rd.**

**Deerfield IL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or services rendered**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Rooftop Group USA, Inc.**                                    Case number (if known) __19-32804__

## Part 3:    List Others to Be Notified About Unsecured Claims

4.    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1    **Disney Consumer Products Inc. (USA)**            Line _____               __ __ __ __

       **80 Raffles Place, #26-04**                    ☑ Not listed.  Explain:

       **UOB Plaza 1,Singapore,048624**                  **Notice Only**

4.2    **Yeon**                                Line _____               __ __ __ __

       **319 Greenwich St 317 Suite 2F**                ☑ Not listed.  Explain:

                                          **Notice Only**

       **New York          NY    10013**

Debtor __**Rooftop Group USA, Inc.**_____ Case number (if known) __**19-32804**_____

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

|   |   | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$876,858.22** |
| 5b. **Total claims from Part 2** | 5b. + | **$12,783,300.60** |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$13,660,158.82** |

**Fill in this information to identify the case:**

Debtor name **Rooftop Group USA, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **19-32804** Chapter **7**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name **Rooftop Group USA, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **19-32804**
(if known)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 **Darren Matloff** | _____ Number  Street _____ _____ City  State  ZIP Code | **Begaline Ltd** | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 **Darren Matloff** | _____ Number  Street _____ _____ City  State  ZIP Code | **Triumphant Gold Ltd.** | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 **Darren Matloff** | _____ Number  Street _____ _____ City  State  ZIP Code | **UOC SPV1 Pte Ltd** | ☐ D<br>☒ E/F<br>☐ G |
| 2.4 **Gandiva Investments** | _____ Number  Street _____ _____ City  State  ZIP Code | **Begaline Ltd** | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 **Gandiva Investments** | _____ Number  Street _____ _____ City  State  ZIP Code | **Triumphant Gold Ltd.** | ☒ D<br>☐ E/F<br>☐ G |

Debtor   **Rooftop Group USA, Inc.**                                      Case number (if known)   **19-32804**

---

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| **2.6** | **Gandiva Investments** | Number  Street _____  _____  City  State  ZIP Code | **UOC SPV1 Pte Ltd** | ☐ D  ☑ E/F  ☐ G |
| **2.7** | **Rooftop Group International** | Number  Street _____  _____  City  State  ZIP Code | **Begaline Ltd** | ☑ D  ☐ E/F  ☐ G |
| **2.8** | **Rooftop Group International** | Number  Street _____  _____  City  State  ZIP Code | **Triumphant Gold Ltd.** | ☑ D  ☐ E/F  ☐ G |
| **2.9** | **Rooftop Group International** | Number  Street _____  _____  City  State  ZIP Code | **UOC SPV1 Pte Ltd** | ☐ D  ☑ E/F  ☐ G |

**Fill in this information to identify the case:**

Debtor Name **Rooftop Group USA, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **19-32804**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B................................................................................................ **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B.............................................................................................. **$888,540.08**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B................................................................................................ **$888,540.08**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................................ **$718,317.27**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................ **$876,858.22**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................. **+ $12,783,300.60**

4. **Total liabilities**
Lines 2 + 3a + 3b....................................................................................................................... **$14,378,476.09**

**Fill in this information to identify the case and this filing:**

Debtor Name    **Rooftop Group USA, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number    **19-32804**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/24/2019**          X **/s/ DARREN MATLOFF**
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                **DARREN MATLOFF**
                                Printed name
                                **PRESIDENT**
                                Position or relationship to debtor